A. STANLEY COPELAND, Appellant, *v.* JAMES W. HIGGINS, as Police Commissioner of the City of Buffalo, Respondent.

(Submitted November 17, 1930; decided November 25, 1930.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 254 N. Y. 522.)